IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKME LTD.,<br><br>       Plaintiff,<br><br> v.<br><br>WHATFIX INC.,<br><br>       Defendant. | C.A. No. 23-227-MN |

**ORDER**

WHEREAS, Defendant Whatfix Inc. ("Whatfix") moved this Court, pursuant to Federal Rule of Civil Procedure 26(b) and 26(c), to enter an Order continuing the present stay in this case (D.I. 52) pending resolution of Whatfix's Federal Circuit appeals of the final written decisions of the Patent Trial and Appeal Board that upheld the patentability of 15 claims of Patent Nos. 10,819,664; 11,258,732; and 11,558,317.

WHEREFORE, having heard Whatfix's motion to continue the stay, and briefing and argument in support of its motion, the motion to continue the stay is **GRANTED**, and it is therefore **ORDERED** that the current stay of proceedings in the above-styled cases is **CONTINUED**.

It is further **ORDERED** that within thirty (30) days of the resolution of Whatfix's appeals of the Final Written Decisions of the Patent Trial and Appeal Board of U.S. Patent Nos. 10,819,664; 11,258,732; and 11,558,317, the parties shall notify the Court of their outcome and their impact on the above-captioned action, and if needed, file a new proposed Scheduling Order and/or a motion or proposed stipulation to lift or continue the current stay.

**SO ORDERED** this _____ day of _____, 2025.

_____
Honorable Maryellen Noreika
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jacob Kirkham
**KOBRE & KIM LLP**
600 North King Street, Suite 501
Wilmington, DE 19801
jacob.kirkham@kobrekim.com

*Attorneys for Plaintiff WalkMe Ltd.*

Michael Ng
Daniel Zaheer
Kim Kennedy
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Michael.Ng@kobrekim.com
Daniel.Zaheer@kobrekim.com
Kim.Kennedy@kobrekim.com

George Stamatopoulos
**KOBRE & KIM LLP**
800 Third Avenue, New York
New York, 10022
George.Stamatopoulos@kobrekim.com

James Pooley
**JAMES POOLEY, PLC**
325 Sharon Park Dr., #208
Menlo Park, CA 94025
james@pooley.com

*Attorneys for Plaintiff WalkMe Ltd.*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Whatfix Inc.*