# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKME LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> WHATFIX INC., <br><br> *Defendant*. | C.A. No. 23-227-MN |

## STIPULATION AND ORDER OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action. All claims now or ever pending in the action are hereby DISMISSED WITH PREJUDICE, without any right of appeal, with each side to bear its own attorney's fees and costs.

Dated: May 6, 2025

| KOBRE & KIM LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jacob Kirkham* <br> Jacob Kirkham (No. 5768) <br> KOBRE & KIM LLP <br> 600 North King Street, Suite 501 <br> Wilmington, DE 19801 <br> (302) 518-6460 <br> Jacob.Kirkham@kobrekim.com | */s/ Robert M. Vrana* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Daniel G. Mackrides (No. 7230) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br> dmackrides@ycst.com |
| Of Counsel: <br><br> Michael Ng <br> Daniel Zaheer <br> Kim Kennedy <br> **KOBRE & KIM LLP** <br> 150 California Street, 19th Floor | Of Counsel: <br><br> John R. Lanham <br> MORRISON & FOERSTER LLP <br> 12531 High Bluff Drive <br> San Diego, CA 92130 <br> jlanham@mofo.com |

San Francisco, CA 94111
(415) 582-4800
Michael.Ng@kobrekim.com
Daniel.Zaheer@kobrekim.com
Kim.Kennedy@kobrekim.com

George Stamatopoulos
**KOBRE & KIM LLP**
800 Third Avenue, 6th Floor
New York, NY 10022
 (212) 488-1200
George.Stamatopoulos@kobrekim.com

Shangxing (Simon) Lu
**KOBRE & KIM LLP**
1919 M Street NW
Washington, DC 20036
(202) 664-1900
Simon.Lu@kobrekim.com

James Pooley
**JAMES POOLEY, PLC**
325 Sharon Park Dr., #208
Menlo Park, CA 94025
(650) 285-8520
James@pooley.com

*Attorneys for Plaintiff WalkMe Ltd.*

Bita Rahebi
Nima I. Kiaei
MORRISON & FOERSTER LLP
707 Wilshire Blvd.
Los Angeles, CA 90017
(213) 892-5200
brahebi@mofo.com
nkiaei@mofo.com

*Attorneys for Defendant
Whatfix Inc.*


SO ORDERED this 6th day of May 2025.

                                                                               */s/ Maryellen Noreika*
                                                          The Honorable Maryellen Noreika
                                                          United States District Judge